Exhibit C



**WELCOME TO FOREST TRAIL ACADEMY!**

# ENJOY FLEXIBLE & SELF-PACED LEARNING

Students all over the world can benefit from Forest Trail Academy's self-paced and asynchronous learning options.

**BOOK A FREE CONSULTATION.**
SCAN THE QR CODE!



**YOU MAY ALSO REACH US VIA EMAIL OR PHONE.**

foresttrailacademy.com   registrar@foresttrailacademy.com   561-537-5501   2101 Vista Parkway, Suite 226 West Palm Beach, Florida 33411



# FOREST TRAIL ACADEMY IS A REGIONALLY, NATIONALLY, AND INTERNATIONALLY ACCREDITED ONLINE SCHOOL.

**FOREST TRAIL ACADEMY** is a global, online, private school for K-to-12 pupils, homeschoolers, and other type of students. Based in Florida, we are one of the pioneers of online schooling in the United States with thousands of student graduates since 2007.

We've made it our mission to provide holistic, innovative, and world-class education for children from all walks of life—making our school synonymous with academic excellence.

# SCHOOL PROFILE



## School Type

Regionally, nationally and internationally accredited K-12 online private school with self-paced and asynchronous programs.

## Address

2101 Vista Parkway, Suite 226
West Palm Beach, Florida 33411

## Mission Statement

FOREST TRAIL ACADEMY delivers a quality, national curriculum that empowers life-long learners and future leaders via an online learning environment.

We are committed to alternative solutions that meet the needs of students with various life circumstances.

## Programs

- KINDERGARTEN
- ELEMENTARY
- MIDDLE SCHOOL
- HIGH SCHOOL
- NCAA-APPROVED COURSES
- HOMESCHOOL
- CREDIT RECOVERY/
   SUMMER PROGRAM
- INDIVIDUAL COURSES
- DUAL ENROLLMENT/
   DUAL CREDIT PROGRAM

## Contact Details


**Phone**
561-537-5501


**Email**
registrar@foresttrailacademy.com


**Website**
www.foresttrailacademy.com


**1-on-1 Consultation**
bit.ly/FTAMeet


**Fax Number**
866-230-0259 or 561-420-0909

## Vision Statement

FOREST TRAIL ACADEMY offers a learner-focused alternative to traditional education.

## Philosophy Statement

Quality education should be available and accessible to all students, even those in non-traditional circumstances.

## Grading System

Forest Trail Academy graduates will receive a cumulative transcript with an unweighted, cumulative GPA.

Forest Trail Academy does not rank its students as students are enrolled and graduate on a rolling basis.
The minimum required GPA for graduation at Forest Trail Academy is 2.0 on a 4.0 scale.

# FTA COMMUNITY



## Leadership

**Dr. Gifty Chung**
Director

**Ms. Rachael Johnson**
Assistant Principal

**Ms. Erin Sager**
Dean of Students

## Student Profile

### 650 Students
*as of June 2023*

## Faculty Members

### 39 Teachers & Staff
*as of June 2023*


**Excellent Student Satisfaction**
An average of 19 out of 20 of our graduates will recommend the school to their friends and family.


**Majority of Teachers have Advance Degrees**
More than 80% of our teachers have advanced degrees. Majority of our staff hold a post-secondary degree.


**SAT & ACT Scores Higher than National Average**
Our students beat the national average SAT and ACT scores for three years in a row from 2018 to 2020.


**Strong Knowledge Retention and Institutional Stability**
Our teachers have an average of 10 years of experience and 65% have been at FTA for 5+ years.


**High Completion Rate**
Almost all students are able to finish their enrolled programs due to the flexibility of the school's programs and courses.


**Perfect Teacher-Student Ratio**
We enroll students daily, while ensuring we maintain the ideal 1:25 student-to-faculty ratio.

## International Partners

- ATLANTIS LEADERSHIP ACADEMY
- INNER CHANGES FOR GIRLS AND BOYS
- KIDS WAY SCHOOL
- SEA OF STRENGTHS ACADEMY
- STANFORD HIGH ACADEMY
- THE AMERICAN DAYCARE
- PREMIER EDUCATIONAL SOLUTIONS
- DIGISTUDENTS LTD

Listed here are the partners as of June 2023. The complete list of can be found on our website at **foresttrailacademy.com**.

# COLLEGE ACCEPTANCE LIST



Below is a list of where some of our students have been accepted. This is not a complete list, and should not imply these are the only institutions that accept our students.

Students are accepted based on college/university's admission requirements such as grade point average (GPA), SAT, ACT, etc., scores. We are proud of the success our students have had and continue to have in colleges and universities worldwide.

- ABRAHAM BALDWIN AGRICULTURAL COLLEGE
- ADELPHI UNIVERSITY
- AGNES SCOTT COLLEGE
- ALBION COLLEGE
- ALMA COLLEGE
- AMERICAN INTERCONTINENTAL UNIVERSITY
- AMERICAN UNIVERSITY
- ANGELINA COMMUNITY COLLEGE
- ARIZONA STATE UNIVERSITY
- ART INSTITUTE OF AUSTIN
- ART INSTITUTE OF MICHIGAN
- ART INSTITUTE OF PITTSBURGH
- ASNUNTUCK COMMUNITY COLLEGE
- ATLANTIC INTERNATIONAL UNIVERSITY
- AUGUSTA UNIVERSITY
- BAKER COMMUNITY COLLEGE
- BARTON COLLEGE
- BELMONT ABBEY COLLEGE
- BETHEL COLLEGE
- BOISE UNIVERSITY
- BOSTON CONSERVATORY
- BOWLING GREEN UNIVERSITY
- BRADFORD SCHOOL OF BUSINESS
- BROWARD COLLEGE
- BROWN MACKIE COLLEGE
- CALIFORNIA STATE UNIVERSITY
- CARROLL COLLEGE
- CENTRAL CHRISTIAN COLLEGE OF KANSAS
- CENTRAL CONNECTICUT STATE UNIVERSITY
- CENTRAL FLORIDA COMMUNITY COLLEGE
- CENTRAL MICHIGAN UNIVERSITY
- CITY UNIVERSITY OF NEW YORK
- COLGATE UNIVERSITY
- COLORDO STATE UNIVERSITY
- COLUMBIA COLLEGE CHICAGO
- COLUMBIA INTERNATIONAL UNIVERSITY
- CONNECTICUT UNIVERSITY
- CORNELL UNIVERSITY
- DARTMOUTH COLLEGE
- DARTON COLLEGE
- DE LA SALLE UNIVERSITY IN MANILA, PHILIPPINES
- DE PAUL UNIVERSITY
- DELAWARE STATE UNIVERSITY
- DENISON UNIVERSITY
- DEVRY INSTITUTE OF TECHNOLOGY
- DOANE UNIVERSITY
- DUKE UNIVERSITY
- DURHAM UNIVERSITY (ENGLAND)
- EAST CENTRAL UNIVERSITY
- EAST CENTRAL UNIVERSITY IN OKLAHOMA
- EASTERN MICHIGAN UNIVERSITY
- EAST TENNESEE STATE UNIVERSITY
- EDINBORO UNIVERSITY OF PA
- EMBRY RIDDLE AERONAUTICAL UNIVERSITY
- FAIRFIELD UNIVERSITY
- FLORIDA ATLANTIC UNIVERSITY
- FLORIDA CAREER COLLEGE
- FLORIDA GULF COAST UNIVERSITY
- FLORIDA STATE UNIVERSITY
- FRANKLIN & MARSHALL COLLEGE
- FRASER INTERNATIONAL COLLEGE
- FULL SAIL UNIVERSITY
- GANNON UNIVERSITY
- GEORGE MASON UNIVERSITY
- GEORGIA STATE UNIVERSITY
- GETTYSBURG COLLEGE
- GOUCHER COLLEGE
- GRAMBLING STATE UNIVERSITY
- GREEN MOUNTAIN COLLEGE
- HAMPTON UNIVERSITY
- HENRY FORD COMMUNITY COLLEGE
- HERZING UNIVERSITY
- HOFSTRA UNIVERSITY
- HOWARD UNIVERSITY
- INDIANA UNIVERSITY OF PA
- IOWA STATE UNIVERSITY
- IVY TECH COMMUNITY COLLEGE
- JEFFERSON STATE COMMUNITY COLLEGE
- KALAMAZOO COLLEGE
- KANSAS COMMUNITY COLLEGE
- KEISER UNIVERSITY
- KEVKA COLLEGE
- KING FAHD UNIVERSITY OF PETROLEUM & MINERALS
- KINGSBOROUGH COMMUNITY COLLEGE
- LAKE REGION STATE COLLEGE
- LANE COMMUNITY COLLEGE
- LAWRENCE TECHNOLOGICAL UNIVERSITY
- LAWRENCE UNVERISTY
- LEHIGH UNIVERSITY
- LINCOLN MEMORIAL UNIVERSITY
- LONG ISLAND UNIVERSITY
- LOUISIANA STATE UNIVERSITY
- LOUISIANA STATE UNIVERSITY EUNICE
- LOYAL MARYMOUNT UNIVERSITY
- MARQUETTE UNIVERSITY
- MARSHALL UNIVERSITY
- MEDAILLE COLLEGE
- MIAMI-DADE COLLEGE
- MIAMI DADE COLLEGE
- MICHIGAN STATE UNIVERSITY
- MIDDLE TENNESSEE STATE UNIVERSITY
- MINNESOTA STATE UNIVERSITY
- MISSISSIPPI STATE UNIVERSITY
- MISSOURI STATE UNIVERSITY
- MONMOUTH UNIVERSITY
- MONTCLAIR STATE UNIVERSITY
- MOORHEAD STATE COMMUNITY AND TECHNICAL COLLEGE
- NEW MEXICO STATE UNIVERSITY
- NHL STENDEN UNIVERSITY OF APPLIED SCIENCES
- NORTH CAROLINA AGRICULTURAL AND TECHNICAL STATE UNIVERSITY
- NORTH CAROLINA CENTRAL UNIVERSITY
- NORTH CAROLINA STATE UNIVERSITY
- NORTH CAROLINA STATE UNIVERSITY
- NORTH CAROLINA SCHOOL OF THE ARTS
- NORTH EASTERN TEXAS COMMUNITY COLLEGE
- NORTHERN VERMONT UNIVERSITY
- NORTHWESTERN UNIVERSITY
- NOVA SOUTHEASTERN UNIVERSITY
- NOTTINGHAM TRENT UNIVERSITY
- OHIO STATE UNIVERISTY, THE
- PACE UNIVERSITY
- PALM BEACH STATE COLLEGE
- PENN STATE UNIVERSITY
- PENSACOLA STATE COLLEGE
- PEPPERDINE UNIVERSITY
- PIEDMONT VIRGINIA COMMUNITY COLLEGE
- POINT PARK UNIVERSITY
- PURDUE UNIVERSITY
- RANDOLPH COLLEGE
- REGENT UNIVERSITY
- REINHARDT UNIVERSITY
- RENSSELAER POLYTECHNIC INSTITUTE
- RICE UNIVERSITY
- RIDGEWATER COLLEGE
- ROCHESTER INSTITUTE OF TECH
- RUTGERS UNIVERSITY
- RYERSON UNIVERSITY
- SAN DIEGO STATE UNIVERSITY
- SAN JOSE STATE UNIVERSITY
- SANTA MONICA COLLEGE
- SAM HOUSTON UNIVERSITY
- SARAH LAWRENCE COLLEGE
- SEMINOLE STATE COLLEGE
- SETON HALL
- SETON HALL UNIVERSITY
- SHORTER COLLEGE
- SIMON FRASER UNIVERSITY
- SMITH COLLEGE
- SOUTH CAROLINA STATE UNIVERSITY
- SOUTH GEORGIA COLLEGE

An updated list of colleges and universities can be viewed on our website at **foresttrailacademy.com**.

# THE FTA ADVANTAGE



## 1 Flexibility

With online learning, students can access their coursework from anywhere, at any time, and can work at their own pace.

This is particularly useful for students who have other commitments, such as work or extracurricular activities, or for those who live in remote or rural areas.



## Personalized Learning 2

Online courses are designed to be self-directed. Students have control over their learning experience. Additionally, online courses provide individualized feedback from instructors, which can help students better understand their strengths and weaknesses.

## 3 Wide Course Range





We offer a wide range of courses, including advanced placement (AP) courses, NCAA-approved courses and elective courses, among others.

This allows students to tailor their education to their interests and career goals, and provides a more comprehensive educational experience.

# QUALITY AND FLEXIBLE EDUCATION FOR ALL



**WE OFFER EDUCATION FOR STUDENTS AND FAMILIES FROM ALL WALKS OF LIFE.**

## ATHLETES, ARTISTS & WORKING STUDENTS



## FAMILIES ON-THE-GO

## INTERNATIONAL STUDENTS



## HOMESCHOOLERS

## STUDENTS WHO DO NOT FIT IN TRADITIONAL SCHOOLS



## MILITARY FAMILIES

# REGIONAL, NATIONAL AND INTERNATIONAL ACCREDITATIONS





Forest Trail Academy has been awarded accreditation by the North Central Association Commission on Accreditation and School Improvement (NCA CASI), the Northwest Accreditation Commission (NWAC) and the Southern Association of Colleges and Schools Council on Accreditation and School Improvement (SACS CASI). The three listed regional agencies provide your institution with a highly regarded accreditation that is recognized throughout the world.



The National Council for Private School Accreditation seeks to promote and support independent and autonomous accrediting associations serving private early childhood, elementary, and secondary schools which are committed to quality educational programs.



FTA is accredited by Middle States Association – Commission on Elementary and Secondary Schools (MSA CESS) accredits preK-12 public, private, parochial, charter, non-degree granting career and technical post-secondary institutions, special purpose schools, supplementary education centers, learning services providers, and distance education institutions.



Forest Trail Academy is NCAA Approved Curriculum School Code 102800.



Accreditation International (Ai) assures the educational quality of schools and plans for continuous school improvement to increase student learning. Ai standards are based on international research, best practices, and historical accreditation processes.

Visit our website at **foresttrailacademy.com** to know more about our accreditations.

# ONLINE RATINGS AND FEEDBACK





**5 Stars** 

[Private School Review](#)



**5 Stars** 

[Great Schools!](#)



**4.15 Stars**

[Trustpilot](#)



**4.4 Stars** 

[Niche](#)

### Excellent program!

Great education. Great interaction with teachers and administrators when needed. Teachers are prompt and highly accessible. Students are set to succeed. Curriculum as tough as you want it to be for your kids. Feedback is also amazing for good performance and their suggestions for improvement are valuable.

**Rita Mack (From Google Reviews)**

### Highly and enthusiastically recommend Forest Trail Academy

Great education. Great interaction with teachers and administrators when needed. Teachers are prompt and highly accessible. Students are set to succeed. Curriculum as tough as you want it to be for your kids. Feedback is also amazing for good performance and their suggestions for improvement are valuable.

**Ban Mechael, M.D. (from Trustpilot)**

### Excellent School for a Student Athlete

My son is sophomore this year. He is athlete and travels all the time. I can already say that this school year will be excellent. Everything was so smooth. Enrollment, communication, and knowledge.

School stuff is really nice, helpful, and knowledgeable. They were with us every step of the way. Looking forward to successful school year. Keep up good work FTA

**Ana Ristic  (from Trustpilot)**



Ana Ristic (from Trustpilot)

# TUITION RATES



## WE OFFER AROUND 80% LOWER TUITION VS AVERAGE US PRIVATE SCHOOLS*

*$12,167 is the average annual tuition among US private schools nationwide, according to educationdata.org.

### K–5th Grade Classes

Elementary School $1,900.00
Payment Plan: $300.00 down
& 11 monthly payments of $146.00/month

### 6th - 8th Grade Classes

Middle School $2,600.00
Payment Plan: $350.00 down
& 11 monthly payments of $205.00/month

### 9th - 12th Grade Classes

High School $3,200.00
Payment Plan $400.00 down
& 11 monthly payments of $255.00/month

*Indicated rates are offered per grade and different rates are offered if taken by semester.*

## Homeschooling Correspondence

1st-8th grade Christian Correspondence & K-8th grade Secular Correspondence

$1,100 per grade level

Students have the option to pay a $550 downpayment and pay $110 per month for 5 months.

## Individual/summer school/ part-time students

1 credit - $550
0.5 credit - $405

## Advanced Placement Courses

$600 per class

## Prescriptive/Adaptive Program*

$1,400

*Requires Documentation

**Students have the option to pay a $300 downpayment and pay $100 per month for 11 months.