AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| D.J. <br><br> _Plaintiff(s)_ <br> v. <br><br> FOREST TRAIL ACADEMY, LLC, <br> ATLANTIS LEADERSHIP ACADEMY, LLC, <br> RANDALL COOK, LISA COOK, PAUL LUKE, and <br> UNITED SECURE YOUTH TRANSPORT AGENCY, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:24-cv-81374-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlantic Leadership Academy
1201 Orange Street Suite 600, One Commerce Center
Wilmington Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 3, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| T.C.<br><br>*Plaintiff(s)*<br>v.<br>FOREST TRAIL ACADEMY, LLC,<br>ATLANTIS LEADERSHIP ACADEMY, LLC,<br>RANDALL COOK, LISA COOK, PAUL LUKE, and<br>UNITED SECURE YOUTH TRANSPORT AGENCY,<br>*Defendant(s)* | Civil Action No. 9:24-cv-813374-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forest Trial Academy
2101 Vista Parkway Suite 226
West Palm Beach FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 3, 2024

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| T.C.<br><br>*Plaintiff(s)*<br>v.<br><br>FOREST TRAIL ACADEMY, LLC,<br>ATLANTIS LEADERSHIP ACADEMY, LLC,<br>RANDALL COOK, LISA COOK, PAUL LUKE, and<br>UNITED SECURE YOUTH TRANSPORT AGENCY,<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-81374-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lisa Cook
5310 Howard Lane
Nampa, ID 83687

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 3, 2024

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| T.C. <br><br> *Plaintiff(s)* <br><br> v. <br><br> FOREST TRAIL ACADEMY, LLC, ATLANTIS LEADERSHIP ACADEMY, LLC, RANDALL COOK, LISA COOK, PAUL LUKE, and UNITED SECURE YOUTH TRANSPORT AGENCY, <br><br> *Defendant(s)* | Civil Action No. 9:24-cv-81374-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Luke
2642 S. 3520 W.
Hurricane, UT 84737.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 3, 2024

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| D.J.<br><br>*Plaintiff(s)*<br>v.<br>FOREST TRAIL ACADEMY, LLC,<br>ATLANTIS LEADERSHIP ACADEMY, LLC,<br>RANDALL COOK, LISA COOK, PAUL LUKE, and<br>UNITED SECURE YOUTH TRANSPORT AGENCY,<br>*Defendant(s)* | Civil Action No. 9:24-cv-81374-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARandy Cook
5310 Howard Lane
Nampa, ID 83687

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 3, 2024

Angela E. Noble
Clerk of Court

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| D.J. <br><br> *Plaintiff(s)* <br> v. <br><br> FOREST TRAIL ACADEMY, LLC, <br> ATLANTIS LEADERSHIP ACADEMY, LLC, <br> RANDALL COOK, LISA COOK, PAUL LUKE, and <br> UNITED SECURE YOUTH TRANSPORT AGENCY, <br><br> *Defendant(s)* | ))))))))))) Civil Action No. 9:24-cv-81374-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United Secure Youth Transport Agency, LLC
590 West Mesquite Blvd, Suite 202A,
Mesquite NV 89027.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kimberly L. Wald, Esq.
The Haggard Law Firm
330 Alhambra Cir, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Dec 3, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C. A. Weech*
Deputy Clerk
U.S. District Courts