Case 9:24-cv-81579-RLR  Document 10-1  Entered on FLSD Docket 01/24/2025  Page 1 of 13

# AGREEMENT BY AND BETWEEN
# FOREST TRAIL ACADEMY, LLC
# AND
# ATLANTIS LEADERSHIP ACADEMY

**THIS AGREEMENT** is made, entered into and takes effect on the date executed below between Atlantis Leadership Academy (hereafter referred as "Partner"), located at Rock Villa, Treasure Beach, St. Elizabeth, Jamaica W.I. and Forest Trail Academy, LLC d/b/a Forest Trail Academy (State of Florida Registration - 07000097923), 3111 Fortune Way Suite B-16, Wellington, FL 33414, USA (hereafter referred to as "FTA"), for the purpose of providing K-12 distance educational services to students.

## RECITALS

**WHEREAS**, Partner is an educational service provider responsible for promoting the US K-12 education program in Jamaica;

**WHEREAS**, FTA is an accredited, distance learning private school registered with the Department of Education in the State of Florida. FTA is responsible for providing distance education with certified teachers, self-paced national Common Core State Standards Initiative (CCSSI) curriculum, and Next Generation Sunshine State Standards (NGSSS) curriculum. In addition, it is responsible for managing grades, granting requested transcripts, student records and awarding diplomas for successful completion of its graduation requirements;

**WHEREAS**, FTA owns an integrated software system designated as FTA's dashboard where students and teachers do all interaction;

**WHEREAS**, FTA creates online courses to be used through FTA's online dashboard system;

**WHEREAS**, FTA manages the delivery of courses;

**WHEREAS**, FTA host websites and web-based courses on computer servers for delivery over the Internet, and maintains and monitors those websites and courses;

**WHEREAS**, Partner desires to act as a limited authorized representative of FTA for the restricted purpose of only promoting, marketing and sales on behalf of FTA within a restricted zone as further detailed in this Agreement.

**NOW THEREFORE**, in consideration of the promises, and the mutual covenants and agreements herein contained, the parties hereto agree as follows:

## ARTICLE I
## DEFINITIONS

Page 1 of 13

Initial: _RC_

1.1 The term "Dashboard" shall mean the software and the interfaces necessary to deliver online courses over the Internet and all modifications, enhancements and improvements thereof.

1.2 The term "Partner developed material" shall mean all courseware developed and owned by FTA.

1.3 The term "courseware" shall mean anything set forth as part of the course structure, including but not limited to intellectual content, graphics, and all by-products generated through the interactions between students and between students and faculty.

1.4 The term "manage the delivery system" includes, but is not limited to, performing actions which will cause the Dashboard to function in accordance with the features and services of the FTA school.

1.5 The term "customer databases" shall mean any information provided through interaction by and between past, current and potential students, which shall be owned by FTA.

1.6 The term "Families" is defined herein to mean disclosure and communications must be given direct to the legal guardian of the student(s) and /or the student, or if student is a legal adult and competent then such communications shall be made directly to the student.

## ARTICLE II
## WARRANTIES AND REPRESENTATIONS

2.1 FTA represents and warrants to the Partner that:

(i) FTA will use its best efforts to make the dashboard function in a manner satisfactory to the Partner, as outlined in this Agreement, and according to published documentation; however both parties acknowledge that the technology employed has limitations beyond the control of FTA.

(ii) Partner must provide FTA prompt written notice of any suit and full disclosure and opportunity to review all books, recorders, emails, and any other communication or business record with reasonable cooperation from Partner. Each Party will bear its own costs and expenses (including legal and accounting fees and expenses) incurred in connection with this Agreement and the transactions contemplated hereby.

(iii) FTA represents that it is qualified to render the services described herein.

(iv) FTA represents that it has no conflict of interest involving the dealings with the Partner as described herein.

Initial: RC ,  _____

(v)     FTA represents that no benefit, payment, or consideration received by it for the performance of services associated with and pertinent to this Agreement shall accrue, directly or indirectly, to any employee, or employees, elected or appointed officers or representatives, or to any other person or persons identified as agents of, or who are, by definition, public servants of the State of Florida.

(vi)    FTA warrants that it will use its best efforts to comply with the Americans with Disabilities Act and the regulations enacted pursuant thereto (C.F.R. (S)104), with respect to the dashboard and its management of the delivery system. The parties acknowledge that, with respect to the Partner's students, and depending on the scope, this may require additional compensation.

(vii)   FTA warrants to the Partner that in the event FTA receives funding from the U.S. Department of Education, that it will treat all student information in accordance with the Family and Educational Rights to Privacy Act ("the Buckley Amendment" or "FERPA"). Any costs, including attorneys fees incurred by the FTA in responding to a Department of Education's finding of violation of FERPA, or any finding by any court of law caused by the agents or employees of FTA, shall be borne by FTA; however, after notice is given to Partner of FERPA violation, Partner must cease such action or conduct that is in violation within twenty-four (24) hours of notice, should Partner continue to be in violation or cause FTA to be in violation (directly or indirectly), Partner is responsible for all legal fees and cost.

(viii)  During the course of work pursuant to this Agreement, Partner may come in contact with FTA's information of a sensitive nature, including but not limited to, information concerning the FTA's operations or strategic or tactical plans. Partner represents that it shall not disclose such information, or any information that could directly or indirectly affect the FTA, to any third party.

(ix)    FTA represents that without permission neither it nor its agents and employees will represent themselves as agents or employees of the Partner, unless granted specific permission. Likewise, Partner nor its agents or employees will represent themselves as agents or employees of FTA beyond the scope of this Agreement, unless granted specific permission.

(x)     FTA represents that, to the extent possible, it will use its best efforts to ensure that the dashboard can be used with courses developed on software other than FTA's.

2.2 Partner warrants that it will use its best efforts to ensure that any and all materials used in connection to FTA or this Agreement will be free of copyright infringement and that Partner will be responsible for the acts of its employees.

## ARTICLE III
## FTA EXCLSUIVE OWNERSHIP, RIGHT AND CONTROLL

Initial: _RC_

3.1   Nothing in this Agreement or any other prior Agreements shall grant, transfer, or imply that Partner has a license or ownership to FTA's interest whatsoever, including but not limited to, the website, URL, its assets, and/or software, specifically its dashboard system.

3.2   FTA has exclusive ownership of its dashboard, software, lesson plans, course materials and all reproductions, corrections, modifications, enhancements and improvements thereof, and all such items are the exclusive and proprietary property of FTA. Title and full ownership rights in all products and all reproductions, corrections, modifications, enhancements and improvements, and all related patent rights, copyrights, trade secrets, trademarks, service marks, related goodwill and FTA's intellectual property are reserved to and shall remain proprietary to FTA; including but not limited to, source code, programming code, software license, and joint software development agreements, corporate identifying graphics, URLs and logos. Partner shall not remove or destroy any copyright, trade secret, proprietary or confidential legends or markings placed upon or contained or embedded within any licensed or unlicensed products and related material.

3.3   Partner acknowledges that the dashboard system is proprietary information. Accordingly, Partner agrees to keep confidential all material and documentation relating to the dashboard system and any modification thereto. Partner will not knowingly make available or distribute any information, program code or description associated with the dashboard system, lesson plans, teaching materials, FTA's marketing materials, contacts, vendors or any third party associated with FTA, to third parties without the prior written approval of FTA unless required by law.

3.4   Partner shall have no right to assign its rights with respect to this Agreement without the written permission of FTA.

## ARTICLE IV
## SCOPE OF WORK AND PAYMENT

4.1 Partner, on behalf of its own marketing campaign, wishes to further develop its business model by utilizing FTA's online education system to promote United States education for distance learning for grade levels 9-12.

4.2 Should this Section 4.2 conflict with any other section of this Agreement, this Section 4.2 shall control in regard to the responsibilities of the Parties.

**A. The services and functions provided by FTA will include the following:**

(i)   FTA grants Partner the marketing rights in Jamaica only. Any other country, territory or Commonwealth of Independent States must be agreed to in writing prior to any marketing efforts by Partner;

(ii)   FTA will keep in compliance with the Florida Department of Education and accreditation agencies;

Page 4 of 13

Initial: RE ,\_\_\_\_

(iii) When and if applicable, FTA will issue an American high school diploma for FTA graduates who have successfully completed its graduation requirements and have no outstanding financial balance to either party;

(iv) FTA will be responsible for storing the student academic records.

(v) FTA will manage and transmit report cards, grade completion certificate (transcripts), and high school credits to local schools and/or school administrators upon request.

(vi) FTA will use its best efforts to provide all of the technological resources to create quality online internet-based courses. FTA will house and maintain the courses for delivery over the World Wide Web. FTA will provide all requested services, functions, and features available to FTA's traditional students that enroll directly through FTA.

(vii) FTA will provide telephone and online technical support to Partner faculty, students and staff who need course use and administrative technical support associated with the use of the dashboard.

(viii) FTA may advertise and promote additional services or materials.

(ix) FTA agrees that it will cooperate with Partner's efforts in marketing the FTA program to increase enrollment.

(x) Should FTA fail to comply with Section 4.2 (A), FTA will indemnify Partner and hold Partner harmless from all liability and damages.

(xi) FTA shall advise Partner promptly of new or additional programs or of any substantial change in the course requirements of any particular program.

**B. The services and functions provided by Partner will include the following:**

(i) Partner must provide marketing communication and advertisement services to FTA targeting-potential (mainly foreign) students who are able to read, write, and speak conversational English for registration in the FTA K-12 program.

(ii) Partner may develop a landing page for U.S.A. students at Partner's expense, which will ultimately refer all of its registered students to FTA official website to complete enrollment applications, provide academic records, ensure all registration requirements are met and pay the fee online to FTA.

(iii) Partner must inform prospective and enrolled families that students are enrolled at Forest Trail Academy (an accredited, distance education private school in the United States of America, in the State of Florida).

Initial: _____, _____

(iv)     Upon written request and a list of all students procured by and through Partner, FTA will provide all records of active and new enrollments processed through Jamaica or paid with credit cards whose billing address is in Jamaica, to Partner on a monthly term beginning thirty (30) days from execution of this Agreement. Should Partner not account for a student in Jamaica as reflected in Partner's list, then such student enrollment shall be deemed independent of Partner and no commission is due. Partner is responsible for providing list of students to FTA, before FTA is obligated to provide list of Jamaica enrolled students.

(v) FTA (& its franchisee) is responsible for making the following payments each month, for each student (9-12) registered with FTA's program, subject to § 4.2 (B)(iv) of this Agreement. These payments shall be in accordance with the following Payment Table:

      a. <u>Payment Table</u>
         Tuition is $150.00 per month/per student.

(vi)     Partner shall have no exclusive rights in any form for any product or service offered by and through FTA.

(vii)    Partner will display FTA link and logo on its website as a partner. Partner will not use the FTA logo or name beyond what is contracted for within this Agreement.

(viii)   Partner will provide local contact information (phone numbers, email address, physical address, etc.,) to handle all calls/requests from its local community/enrolled students/parents/guardians.

(ix)     When applicable, Partner is responsible for local certification and school registration with the local government.

(x)      Partner is responsible for hiring and paying its entire staff related to its marketing efforts and operation.

(xi)     Within thirty (30) days of execution of this Agreement, the Parties will provide all necessary banking information to procure wire transfers.

(xii)    Should Partner fail to comply with Section 4.2 (B), Partner will indemnify FTA and hold FTA harmless from all liability and damages.

# ARTICLE V
# PERFORMANCE STANDARDS

Initial: _____

5.1 FTA will provide adequate instructional design support and coordination to facilitate the development of online courses by faculty.

5.2 FTA will provide a reasonable amount of faculty training to ensure adequate understanding of the dashboard and their ability to develop courses.

5.3 Upon receipt of faculty text files or other electronically formatted material for conversion into the online format, FTA will make the conversion to the appropriate electronic format and will make them available for review by the faculty member and department within six (60) working days, provided that course is being offered in the next regularly scheduled cohort.

5.4 Reported site fixes, i.e., typos, incorrect information, and changes to the site will be made within fifteen (15) business days of receipt of a written E-Mail report. This provision applies to courses currently being offered at the time of the request and to information related to a semester, such as course offerings, registration instruction, tuition schedules and faculty biographies, one month before the start of course registration.

5.5 Reported errors in student registration will be corrected within fifteen (15) business days of receipt of a written notice.

## ARTICLE VI
## ADMINISTRATION, BILLING, CONFIDENTIALITY AND NON COMPETE

6.1 FTA will remain the administrative, billing, technical and zone contacts for the domain, dashboard and course materials for students, parents and facility. If ever necessary, Partner shall permit FTA to host a second and third DNS entry on distinctly separate servers or permit the use of any subsidiary school owned by FTA to assist with student education.

6.2 Partner and FTA agree to hold all disclosed confidential and proprietary information and trade secrets in confidence of the other party and agree to use this information only for the contemplated purposes and not for use, adaptation or copy for any company or commercial purpose unrelated to both Parties, including competition or disclosure to any third parties.

6.3 If Partner withdraws from the partnership, Partner would still be responsible for the monthly enrollment payment of enrolled student(s) until the remainder of the term of this contract or till graduation of enrolled student(s), whichever comes later. Partner nor FTA has no obligation to pay for student(s) that decide to drop out/withdraw from the course of study under this contract or after terminating it.

## ARTICLE VII
## INTELLECTUAL PROPERTY

7.1 Partner agrees that the faculty member(s) who develops the course materials are intellectual rights owned by FTA; further, the FTA may utilize the services of others to create a similar

Page 7 of 13

Initial: _____

online course, and publish or cause to have published educational materials, such as CD-ROMs or YouTube videos specific to the FTA online courses and materials.

7.2 Partner recognizes and agrees that the FTA owns the copyright to the courseware and to the customer databases created under this Agreement.

7.3 Partner specifically acknowledges that FTA engages in online education for grades K-12 business. Partner understands and agrees that nothing in this Agreement or in any other agreement executed between the Parties shall create a non-compete in any fashion against the Parties. Partner further acknowledges that nothing in this Agreement or in any other prior agreements, discussions or alike shall imply directly or indirectly that Partner is acquiring any interest at all in Forest Trails Academy's website, books, records, student records/enrollment beyond what is agreed to herein, marketing, referral sources, coding, employees, vendors, and/or any intellectual property rights. Partner further acknowledges and agrees that FTA will maintain ownership and control over the domain, URL, student education and facility.

## ARTICLE VIII
## NOTICE

Section 8.1 Any notices or other communications required or permitted hereunder shall be sufficiently given if personally delivered to it or sent by registered mail, certified mail, FedEx or postage prepaid, to the following addresses:

| | |
|---|---|
| FTA: | Dr. Gifty Chung<br>3111 Fortune Way<br>Suite B-16<br>Wellington, Florida 33414 |
| with copy to: | Palm Beach Law Group, P.A.<br>Attention: Jason Kaplan, Esq.<br>900 Osceola Drive<br>Suite No. 107C<br>West Palm Beach, Florida 33409 |
| PARTNER: | Atlantis Leadership Academy<br>Rock Villa<br>Treasure Beach<br>St. Elizabeth<br>Jamaica W.I. |

or such other addresses as shall be furnished in writing by any party in the manner for giving notices hereunder, and any such notice or communication given in accordance with this Section shall be effective upon the earlier of actual receipt or two (2) business days from the date of the post mark on the envelope.

Initial: _____, _____

# ARTICLE IX
# TERM AND TERMINATION

9.1 The term of this Agreement shall commence upon the date of signature and shall continue for one (1) year thereafter. However, either party may elect to terminate the Agreement provided that sixty (60) days written notice is provided. Either party may, at its election renew this Agreement by providing written notice to the other no less than thirty (30) days prior to the end of this Agreement. If neither party gives notice by the 365th day after executing this Agreement, then this Agreement automatically renews.

9.2 After termination, FTA shall continue to operate the online program where FTA will be responsible to pay commissions as described in § 4.2 B )(iv) and (v) of this Agreement, until the students enrolled at the time of termination complete the course work begun under their enrolled term when they registered for online courses under this Agreement.

9.3 Partner must disclose the existence of this Agreement to any potential partner in prior to entering into any formal or informal agreement.

9.4 This Agreement can be terminated if:

(i) Either party to this Agreement shall fail to perform or observe any material term, covenant, agreement or warranty, or if any material representation contained herein is untrue, the other party may immediately terminate this Agreement if such failure is not corrected (if reasonably correctable) within thirty (30) days of delivery of written notice thereof to the other party; or

(ii) Either party shall cease doing business, become insolvent, or if a petition in bankruptcy shall be filed with respect to a party, the other party shall have the right to immediately terminate this Agreement upon written notice to the other party.

# ARTICLE X
# NON-COMPETE

10.01 <u>Non-Competition</u>.

During the term of this Agreement with FTA, and continuing thereafter for a period of one (1) years, Partner shall not accept employment or become associated with, directly, or indirectly, any online school within the United States of America. Also, Partner shall not accept employment or become associated with, directly, or indirectly, any person who has worked for or performed professional services for FTA or with any entity that employs or contracts with any current or former employee of FTA. This limitation includes associations as employee, owner, officer, stockholder, partner, investor, sole proprietor, agent, consultant, independent contractor, or otherwise.

Initial: ____

10.02 Partner Acknowledgments & FTA's Remedies.

Partner acknowledges that the restrictions contained herein are reasonable as to time and scope, necessary to protect the legitimate interests of FTA, and are not unduly burdensome to Partner. Partner acknowledges that a breach of any of said covenants would cause a loss to FTA that could not reasonably or adequately be compensated in damages in an action at law, that remedies other than injunctive relief could not fully compensate FTA for a breach of said covenants and that, accordingly, FTA shall be entitled to injunctive relief to prevent any breach or continuing breaches of Partner's covenants as set forth herein. It is the intention of the parties hereto that if, in any action before any Court empowered to enforce such covenants, any term, restriction, covenant or promise is found to be unenforceable or against public policy, then the parties mutual agree that the court have the power to reduce in scope such term, restriction, covenant or promise and may be modified to the extent necessary to make it enforceable by such Court.

The provisions contained herein shall be constructed as agreements independent of any other aspect of Partner's relationship, and the exercise of any claim or cause of action that Partner may have against FTA shall not constitute a defense to the enforcement of these provisions by FTA. The waiver by FTA or Partner's breach of any provision of the foregoing provisions shall not be construed as a waiver of any other provision contained herein or any subsequent breach by Partner.

## ARTICLE XI.
## MISCELLANEOUS

Section 11.01 Brokers.

Partner and FTA agree that they are not obligated to pay any compensation to any finders or brokers for bringing the parties together or who were instrumental in the negotiation, execution, or consummation of this Agreement. Each party agrees to indemnify the other against any claim by any third person for any commission, brokerage, or finders' fee or other payment with respect to this Agreement or the transaction contemplated hereby based on any alleged agreement or understanding between such party and such third person, whether express or implied, from the actions of such party.

Section 11.02 Governing Law.

This Agreement shall be governed by, enforced, and construed under and in accordance with the laws of the United States of America and, with respect to matters of state law, with the laws of Florida, with the federal and state courts of the state of Florida in Palm Beach County having exclusive jurisdiction over any dispute or controversy arising under or in connection with this Agreement.

Section 11.03 Attorneys' Fees.

Initial: _____

In the event that any party institutes any action or suit to enforce this Agreement or to secure relief from any default hereunder or breach hereof, the breaching party or parties shall reimburse the nonbreaching party or parties for all costs, including reasonable attorneys' fees, incurred in connection therewith and in enforcing or collecting any judgment rendered therein.

Section 11.04 Confidentiality.

Each party hereto agrees with the other parties that, unless and until the transactions contemplated by this Agreement have been consummated, they and their representatives will hold in strict confidence all data and information obtained with respect to another party or any subsidiary thereof from any representative, officer, director, or employee, or from any books or records or from personal inspection, of such other party, and shall not use such data or information or disclose the same to others, except (i) to the extent such data or information is published, is a matter of public knowledge, or is required by law to be published; and (ii) to the extent that such data or information must be used or disclosed in order to consummate the transactions contemplated by this Agreement.

Section 11.05 Third Party Beneficiaries.

This contract is solely between Partner and FTA and, except as specifically provided, no director, officer stockholder, employee, agent, independent contractor, or any other person or entity shall be deemed to be a third party beneficiary of this Agreement.

Section 11.06 Entire Agreement.

This Agreement represents the entire agreement between the parties relating to the subject matter hereof. This Agreement alone fully and completely expresses the agreement of the parties relating to the subject matter hereof. There are no other courses of dealing, understanding, agreements, representations, or warranties, written or oral, except as set forth herein. This Agreement may not be amended or modified, except by a written agreement signed by all parties hereto.

Section 11.07 Survival: Termination.

The representations, warranties, and covenants of the respective parties shall survive the consummation of the transactions herein contemplated.

Section 11.08 Counterparts.

This Agreement may be executed in multiple counterparts, each of which shall be deemed an original and all of which taken together shall be but a single instrument.

Section 11.09 Amendment or Waiver.

Initial: _____, _____

Every right and remedy provided herein shall be cumulative with every other right and remedy, whether conferred herein, at law, or in entity, and may be enforced concurrently herewith, and no waiver by any party of the performance of any obligation by the other shall be construed as a waiver of the same or any other default then, theretofore, or thereafter occurring or existing. At any time prior to the execution, this Agreement may be amended by a writing signed by all parties hereto, with respect to any of the terms contained herein, any term or condition of this Agreement may be waived or the time for performance hereof may be extended by a writing signed by the party or parties for whose benefit the provision is intended.

Section 11.10 <u>Mutual Drafting of Agreement</u>.

This Agreement was drafted mutually between both parties, with input and terms discussed and agreed to between FTA and Partner.

Section 11.11 <u>Assignment</u>.

This Agreement, and the rights and obligations incident thereto, shall not be assignable by Partner, but the rights and obligations of the FTA under this Agreement shall inure to the benefit of and shall be binding upon the successors and assigns of the FTA.

Section 11.12 <u>Force Majeure</u>

The Parties are not liable for not fulfilling their obligations in accordance with this Agreement when certain circumstances lead to delays or prevent fulfillment of this Agreement. The following shall be considered as force majeure: War and warlike conditions, civil unrest, epidemics, boycotts, fires, explosions, earthquakes, hurricanes, tsunamis, volcanic eruptions, and environmental disasters when the circumstances are beyond the control of the Parties. As soon as a force majeure situation is over, the Parties are obligated to perform in accordance with this Agreement.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the date first above written.

| WITNESSES: | FOR: Forest Trail Academy, LLC |
|---|---|
| X<br>Martha Ramirez | X<br>By: Dr. Gifty Chung<br>Title: Director |
| X<br>Marcus Erie | |

Page **12** of **13**

Initial: _RC_, _____

| WITNESSES: | FOR: Atlantis Leadership Academy  12/02/2015 |
|---|---|
| x Randall S. Cook  <br>Print Name: | x [signature]  <br>By: Randall Cook  <br>Title: Owner |
| x  <br>Print Name: | |

Initial: RC